

**FILED**

FEB 0 4 2020

Clerk, U.S. District Court
District Of Montana
Great Falls

ELIZABETH ANN BOWEN,

        Plaintiff,

vs.

ROBERT WILKIE, Secretary of Veterans
Affairs,

        Defendant.

CV 18-90-GF-BMM-JTJ

**ORDER**

The Court conducted a telephonic discovery conference on

February 3, 2020. Defendant was represented by Tyson M. Lies, Esq. and Chad C.

Spraker, Esq. Plaintiff appeared pro se. For the reasons discussed during the

telephone conference,

IT IS HEREBY ORDERED:

1.    Defendant's unopposed Motion for Leave to File an Amended

Answer to Plaintiff's Second Amended Complaint (Doc. 51) is GRANTED.

Defendant shall file his Amended Answer on or before February 7, 2020.

2.    Defendant's Motion to Compel Discovery Responses (Doc. 54) is

GRANTED in part, and DENIED in part, as follows:

> a.    The portion of the motion that relates to Plaintiff's medical and
> mental health records is GRANTED. On or before
> February 21, 2020, Plaintiff shall provide to the Defendant a

copy of her medical and mental health records for the time period from 2010 to the present. If Plaintiff wishes to avoid the time and expense of providing the records to the Defendant, Plaintiff may provide a medical release to the Defendant on or before February 10, 2020, that authorizes her health care providers to release her medical and mental health records to the Defendant.

b.  The portion of the motion that relates to Plaintiff's income tax records is GRANTED. On or before February 14, 2020, Plaintiff shall provide to the Defendant a copy of her state and federal income tax returns for years 2009 through the present.

c.  The portion of the motion that relates to Plaintiff's educational background before February 21, 2017, is DENIED. The portion of the motion that relates to Plaintiff's educational background after February 21, 2017, is GRANTED. On or before February 14, 2020, Plaintiff shall provide to the Defendant a list of the educational institutions that she has attended after February 21, 2017, including colleges, universities, and military and vocational training facilities. The list must include the dates the Plaintiff attended each identified educational institution, and the degrees or certificates that Plaintiff obtained.

d.  The portion of the motion that relates to Plaintiff's employment history before February 21, 2017, is DENIED. The portion of the motion that relates to Plaintiff's employment history after February 21, 2017, is GRANTED. On or before February 14, 2020, Plaintiff shall provide to the Defendant her employment history after February 21, 2017. Plaintiff shall identify the names and addresses of any employers, her job title or position with each employer, her salary or rate of compensation with each employer, and the inclusive dates of her employment with each employer.

DATED this 4th day of February, 2020.

John Johnston
United States Magistrate Judge