# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **ELIZABETH ANN BOWEN,** | **CV 18-90-GF-BMM-JTJ** |
| Plaintiff, | |
| vs. | **ORDER** |
| **ROBERT WILKIE, Secretary of Veterans Affairs,** | |
| Defendant. | |

Having considered Defendant's Unopposed Motion Seal to Mental Health Records in Support of Defendant's Motion for Summary Judgment, the Court hereby GRANTS the relief requested therein. The clerk is directed to file the document identified within Defendant's motion under seal.

**DATED** this 4th day of May, 2020.

John Johnston
United States Magistrate Judge

1